# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**EDWARD LEE BROWN,**

    **Plaintiff,**

**v.**                                                             **Case No. 1:21-cv-75-AW-GRJ**

**WARREN BROWN, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's April 27, 2021 Report and Recommendation. ECF No. 5. I have also considered de novo all issues raised in Plaintiff's objection. ECF No. 9. I have determined the Report and Recommendation should be adopted.

Plaintiff takes issue with the magistrate judge's saying Plaintiff conceded that the victim made a positive identification. ECF No. 9. But the magistrate judge said Plaintiff conceded officers *testified* that there was a positive identification, ECF No. 5 at 7, and that is indeed what Plaintiff's complaint says (although Plaintiff alleges the testimony was false), ECF No. 1 at 5. At any rate, the point is that Plaintiff had an opportunity to address that in state court, which he did.

Plaintiff also takes issue with the magistrate judge's conclusion that Plaintiff's earlier case relied on the same facts. Plaintiff argues that it was for a different claim

1

and against a different defendant. But nonetheless, I conclude it was a case "dealing with the same facts or issue involved in this case." ECF No. 1 at 9.

It is now ORDERED:

1. The Report and Recommendation (ECF No. 5) is adopted and incorporated into this order.

2. The clerk will enter a judgment that says, "This case is dismissed pursuant to the *Younger* abstention doctrine, for failure to state a claim pursuant to 28 U.S.C. § 1915A, and as malicious for abuse of the judicial process."

3. The clerk will close the file.

SO ORDERED on May 26, 2021.

s/ *Allen Winsor*<br>United States District Judge